IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Murff, Denise A | Case Number: 05 B 50683 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/23/07 | Filed: 4/25/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: October 16, 2007
Confirmed: June 29, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,313.00 | |
| Secured: | | 8,321.32 |
| Unsecured: | | 1,299.98 |
| Priority: | | 0.00 |
| Administrative: | | 2,074.00 |
| Trustee Fee: | | 617.70 |
| Other Funds: | | 0.00 |
| Totals: | 12,313.00 | 12,313.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,074.00 | 2,074.00 |
| 2. | Ameriquest Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | PNC National Bank | Secured | 8,350.00 | 8,321.32 |
| 4. | Discover Financial Services | Unsecured | 1,053.22 | 147.78 |
| 5. | ECast Settlement Corp | Unsecured | 942.69 | 132.27 |
| 6. | American Express Centurion | Unsecured | 1,917.69 | 269.07 |
| 7. | American Express | Unsecured | 750.50 | 105.30 |
| 8. | Mitsubishi Motors Credit Of America | Unsecured | 238.94 | 33.53 |
| 9. | ECast Settlement Corp | Unsecured | 2,052.39 | 287.97 |
| 10. | Resurgent Capital Services | Unsecured | 917.85 | 128.79 |
| 11. | ECast Settlement Corp | Unsecured | 346.10 | 48.56 |
| 12. | Atlantic Credit & Finance Inc | Unsecured | 803.60 | 112.76 |
| 13. | B-Real LLC | Unsecured | 241.96 | 33.95 |
| 14. | Bankcard Services | Unsecured | | No Claim Filed |
| 15. | American Express | Unsecured | | No Claim Filed |
| 16. | American Express | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,688.94 | $ 11,695.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 205.25 |
| 4.8% | 295.49 |
| 5.4% | 116.96 |
| | _____ |
| | $ 617.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Murff, Denise A

Printed:  10/23/07

Case Number:  05 B 50683
Judge:  Wedoff, Eugene R
Filed:  4/25/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_